AFFIDAVIT OF SERVICE

Affidavit thereof pursuant to Fed. R. Civil p. 4(L) intended to certify the summons was serviced on 10-22-12 and left with Chad Game (Clerk) at the Municipal Service Building. The summons was serviced on each and all named in the civil complaint no. 12-5486. All information is true and correct.

10-22-12

Servers name:
James Adams  D.O.B. 1/24/80
4515 St Malachy way
Phila PA 19139

*James Adams*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GERALD BARTH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 26, 2015

*Gerald Barth*
10/22/2012

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Sam~~ Sam Staten Jr Zoning Board Member
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 25.00 for travel and $ ~~25.00~~ for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: 8-22-12

_____
Server's signature

James Perry _____
Printed name and title

4515 St Nepinch way Phila PA
Server's address

Additional information regarding attempted service, etc:

19139

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carol B. Tinari Zoning Board member
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-12

James Adams  DOB 1/29/80
*Server's signature*

James Adams   Cook
*Printed name and title*

4515 S. Mpmchy way Phila PA 19___
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John V. Wolfe Codes Compliance Specialist Dept of Licenses And Inspections
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 25.00 for travel and $ ~~25.00~~ for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-12

James Adams  DOB 1/24/80
*Server's signature*

James Adams Cook
*Printed name and title*

4515 St Malachy Way Phila PA 19139
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christine Quinn Phns Examiner
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-12

James Adams   DOB 1/24/80
*Server's signature*

James Adams   Cook
*Printed name and title*

4515 S' Malachy Way Phila PA 19139
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mary Jane McKinney Administrator Zoning Board
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-12

*James Adams* DOB 1/24/83
Server's signature

James Adams Cook
Printed name and title

4515 St Malachy Way Phila PA 19139
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony Lewis Board member
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00

I declare under penalty of perjury that this information is true.

Date: 10-22-12

James Adams   DOB 1/24/86
*Server's signature*

James Adams Cook
*Printed name and title*

4515 S+ Malachy Wy, Phila PA 19134
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marissa Klevan, planning Commission
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-12

_____James Adams_____ DOB 1/29/58
              *Server's signature*

James Adams Cook
*Printed name and title*

4555 Malcolm way Ph/a PA 19139
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lynette Brown-Sow Chairwoman
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-12

James Adams  DOB 1/29/88
*Server's signature*

James Adams  Cook
*Printed name and title*

4515 St Malachy way Phila, PA 19139
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    12-5486

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* martin H Bednarek board member
was received by me on *(date)* Chad June 10/22/12

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-12

_____James Adams_____ DOB 1/24/80
Server's signature

James Adams Cook
Printed name and title

4515 St Malachy way Phila PA 19139
Server's address

Additional information regarding attempted service, etc: