IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESSIE SIMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 12-05486 |

## ORDER

AND NOW, this 9th day of January, 2013, it is hereby ORDERED as follows:

1. Plaintiff has failed to effectuate proper service of process upon the following individually named Defendants: Lynette M. Brown, Carol B. Tinari, Anthony Lewis, Sam Staten, Jr., Martin G. Bednarek, Mary Jane McKinney, Larissa Klevan, Christine Quinn, and John V. Wolfe (collectively "the named Defendants").

2. Failure to effectuate proper service of process upon the named Defendants within 120 days of the filing of Plaintiff's Complaint may result in the named Defendants' dismissal, under Federal Rule of Civil Procedure 4(m).

3. Plaintiff may refer to Federal Rule of Civil Procedure 4(e) and Pennsylvania Rule of Civil Procedure 422 for guidance in effectuating proper service upon the named Defendants.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.