UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 13-1398

WESSIE SIMS,
Appellant

v.

CITY OF PHILADELPHIA; ZONING BOARD OF ADJUSTMENTS; LYNETTE M. BROWN, SOW, CHAIRWOMAN; CAROL B. TINARI; ANTHONY LEWIS; SAM STATEN, JR.; MARTIN G. BEDNAREK; MARY JANE MCKINNEY, BOARD ADMINISTRATOR; LARISSA KLEVAN, PLANNING COMMISSIONER; CHRISTINE QUINN, PLANS EXAMINER; JOHN V. WOLFE, DEPARTMENT OF LICENSE AND INSPECTION; CITY AND COUNTY OF PHILADELPHIA; STATE OF PENNSYLVANIA

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-12-cv-05486)
District Judge: Honorable Legrome D. Davis

Submitted Under Third Circuit L.A.R. 34.1(a)
November 8, 2013

Before:   GREENAWAY, JR., VANASKIE, and ROTH, *Circuit Judges.*

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on November 8, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the orders of the District Court entered January 9, 2013, January 10, 2013, and February 6, 2013, be and the same are

hereby AFFIRMED. Costs shall be taxed against the Appellant in this matter. All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Dated: January 9, 2014          Clerk

Certified as a true copy and issued in lieu of a formal mandate on  02/11/2014

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**