UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| WESSIE SIMS, : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No. 12-5486 |
| : | |
| CITY OF PHILADELPHIA, ET AL., : | |
| : | Notice of Substitution of Attorneys |
| Defendants. : | |
| : | |

TO:   Michael Kunz, Clerk of Court

Notice is hereby given of the below substitution of attorneys on behalf of the City of Philadelphia in the captioned matter. The mailing address and telephone number of the superseding attorney are as indicated below.


*/s/ Anne B. Taylor*　　　　　　　　　　*/s/ Craig M. Straw*
ANNE B. TAYLOR　　　　　　　　　　CRAIG M. STRAW
Assistant U.S. Attorney　　　　　　　　Chief Deputy – Civil Rights Unit
U.S. Attorney's Office　　　　　　　　　City of Philadelphia Law Department
District of New Jersey　　　　　　　　　1515 Arch Street, 14th Floor
401 Market Street　　　　　　　　　　　Philadelphia, PA  19102
Camden, NJ  08101　　　　　　　　　　(215) 683-5442
Withdrawing Attorney　　　　　　　　　Superceding Attorney


Dated:  February 12, 2015