In the United States District Court
For the Eastern District of Pennsylvania

Wessie Sims pro-se
plaintiff
vs.
City of Philadelphia, et al
Defendants

civ. action
No: 12-5486
2-27-2015

Motion For Reconsideration.

plaintiff Respectfully request a Judicial examination in accordance with the Law of the Land where plaintiff never had a trial before this Court of original Jurisdiction. The 5th Amendment pertains to the Federal Government in which a person is Guaranteed fair procedures.

an orderly proceeding wherein plaintiff would have an opportunity to be Heard and to enforce and protect her rights before this Court having original Jurisdiction.

Rule 2.6: Ensuring the Right to be Heard.

(1)

The Concept of Due Process of Law as it is embodied in the Fifth Amendment demands that a Law shall not be unreasonable, arbitrary or Capricious and that the means selected shall have a reasonable and substantial relation to the object being sought.

U.S. v. Smith D.C. Iowa, 249, F. supp. 515, 516.

Article IV sect. 2.
The citizens of each State shall be entitled to all privileges and Immunities of citizens in the several States.

Article VI. sect 2.
reads in part: This Constitution, and the laws of the United States Which shall be made in pursuance thereof, and the Judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary Notwithstanding.

Where the District Court never provided by rule for scheduling trials; Rule 40 Fed. R. Civil P. amended April 30, 2007, effective Dec. 1, 2007.

Where there was no trial, plaintiff would be unable to prosecute her appeal in Civil litigation from its Commencement to its Final determination.

(2)

where there was no final decision, Courts of appeals to federal court of appeals lack jurisdiction over non final decision and non final judgments 28 U.S.C.A. 1291. A final decision is one that ends litigation on merits and leaves nothing for courts to do but execute judgment.

U.S. V. One parcel of Real property with Bldgs etc. C.A. Fla 767, F.2d. 1495, 1497.

Judgment is considered final and thus appealable only if it determines the rights of the parties and disposes of all of the issues involved so that no future action by the Court will be necessary in order to settle and determine the entire Controversy.

Howard Gault & Son Inc. v. First Nat. Bank of Hereford, Tex. Civ. app. 523, S.W. 2d. 496, 498.

A final decision or judgment, one which leaves nothing open to further dispute and which sets at rest cause of action between parties. And Because under the law, plaintiff does have a right to be heard.

Respectfully Submitted
Wessie Sims pro se
4925 West Stiles St.
Philadelphia, PA.
19131

3

In The United States District Court
for the Eastern District of Pennsylvania

Wessie Sims pro-se
plaintiff
v.
City of Philadelphia et al.
Defendants

Civ. action
No: 12-5486
2 2015

Certificate of service

The undersigned hereby Certify that a true and correct copy of the foregoing motion for Reconsideration was serviced by First Class United States mail, postage pre-paid on 2 2015

All correspondence to
attorney of Record
plaintiffs Agent:
Sharon M. Harvey Esq.
By E-mail address

Name:
Craig Shaw Esq.
Law Department
City of Philadelphia
14th Floor
1515 Arch Street
Philadelphia, P.A.
19102

(4)

## Conclusion

For all of the foregoing reasons plaintiff Respectfully request this Honorable Court re examine this Case.

Respectfully Submitted
Ulessie Sims pro-se
4925 W. Stiles Street
Philadelphia, PA.
19131

(5.)