IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESSIE SIMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 12-05486 |

ORDER

AND NOW, this 2nd day of March 2015, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 25), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.