IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESSIE SIMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 12-05486 |

ORDER

AND NOW, this 13th day of April 2015, upon consideration of Plaintiff's Motion for Judgment as a Matter of Law Rule 50(a) (Doc. No. 31), it is hereby ORDERED that the Motion is DENIED. A motion under Federal Rule of Civil Procedure 50 is improper given the posture of this case.

BY THE COURT:

/s/ Paul S. Diamond for

Legrome D. Davis, J.