In the United States District Court
For the Eastern District of Pennsylvania

Wessie Sims pro-se
v.
City of Philadelphia, et al.
Defendants

Civ. Action
No. 12-05486
4-22-2015

APR 24 2015
MICHAEL E. KUNZ, Clerk

## Motion For Relief From Judgment Rule 60

Plaintiff respectfully files this motion for Relief from Judgment pursuant to Rule 60(b)(3)(5). This motion is based on earlier decisions. The District Court Order filed 3-26-15 states: Well over a year elapsed and the first of plaintiff's spate of motions seeking to reopen this case:

### Memorandum of Law

A. In Moolenaar v. the Government of the Virgin Islands 822, F.2d. 1342. United States Court of Appeals 3d. Circuit. (July 2, 1987).

1. The Moolenaars brought their Rule 60(b)(6) motion almost two years after the District Court's initial Judgment.

(1)

2. The District Court filed a Memorandum opinion vacating its earlier order finding that this misrepresentation and Circumvention by the Government was a wrongful act, and that it is inequitable for the Government to retain the benefits of those acts and omissions.

3. The Court cited Fed. R. Civ. P. 60(b)(3) which allows a Court to reopen a judgment based on fraud, misrepresentation, or other misconduct of an adverse party, as authority for vacating the prior Order, and ordered that the matter be scheduled for the further taking of evidence. and:

1. Where opinion had been rendered but no findings of fact and conclusions of law have been made or filed, allow case to be reopened for receipt of evidence:

2. Federal Rules of Civil procedure for District Courts, Rule 59, 28 U.S.C.A. following section 723(c) United States of America V. Colangelo 27, F. Supp. 921, No. 8497. April 27 (1939).

(2)

A. United States Court of Appeals for the Eleventh Circuit 119, F. 3d. 925, August 15, (1997)

1. In Crawford V. Andrew Systems Holding:

2. That the District Court's initial Judgment was unauthorized id. at 1154:

3. and that the District Court had no authority to grant a Judgment Notwithstanding a Verdict:

4. The Court states, it self evident that when a Court of appeals reverses a Judgment on the ground that it was unauthorized the case is left without a Judgment until the District Court enters one that is authorized by the Law.

5. The District Court entered Judgment March 29, (1995). Until entry, no Judgment existed that was adverse to Andrew Systems' interests: as noted by the Court.

(a) The civil Complaint filed 9-25-12 Claims misrepresentation and Fraud.

(3)

Conclusions:

For all of the foregoing reasons Plaintiff Respectfully request this Honorable Court Grant relief, and allow plaintiff to present evidence on her claims, as the Law requires proof.

Wessie Sims Plaintiff
4925 W. Stiles Street
Philadelphia P.A.
19131

In The United States District Court
For the Eastern District of Pennsylvania.

Wessie Sims pro-se.
Plaintiff
v.
City of Philadelphia et al.
Defendants

Civ. Action
No: 12-05486
Date 4-22-2015

Certificate of Service

The undersigned hereby certify that a true and correct copy of the foregoing Response to the motion for Relief and Memorandum of Law was served by First-class United States mail, postage pre-paid on 4-22-2015

All Correspondence to
Attorney of Record
Plaintiff's Agent:

Sharon N. Harvey Esq.
By E-mail address.

Name: Craig Straw Esq.
Law Department, City
of Philadelphia, 14th Floor
1515 Arch Street,
Philadelphia, P.A.
19102

By Wessie Sims pro-se.