IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESSIE SIMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 12-05486 |

ORDER

AND NOW, this 29th day of April 2015, upon consideration of Plaintiff's Motion for Relief from Judgment Rule 60 (Doc. No. 33), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.