City of philadelphia Law Dept.
1515 Arch street 14th floor.
philadelphia, P.A. 19102
attn: Anne B. Taylor.

Wessie Sims Claimant
4925 W. Stiles street
philadelphia P.A. 19131

C.V. No. 12-5486
Jan 17, 2020

## Notice of motion
### Fed. R. Civil P. 5(a)

Above named claimant informs by Writing
C.V. No. 12-5486 Terminated 1-10-2013

1. Motion for Final Judgment pursuant to
Title 28 U.S. C. A. 1291 Was filed:

2. Nov(6) 2019 by certified mail return
receipt requested in the united States
District Court, Eastern District of Pennsylvania
601 market street philadelphia 19106

3. Notice of this motion Was mailed Certified
return receipt requested on Jan 17th 2020
to Dept. of License and inspection:

(1)

1401 J.F.K Blvd. Municipal
service Building room 1130
philadelphia, p.A 19102
attn: Chief officer or Supervisor only.

4. Notice of this Motion Was mailed Certified
with return receipt requested
on Jan. 17th 2020 to philadelphia
zoning Board of adjustment 1515 arch
street 18th floor room 18-006
philadelphia p.A. 19102
attn: Chief officer or Supervisor
only.

(5) This notice being served Within 120
day federal rule civil procedure 4 (m)
from date of filing Nov. 6, 2019 to
mailing date Jan. 17th 2020.
postal Estimated delivery date nov. 8, 201.
mailing date was nov. 6, 2019.

Vessie Sims Claimant.
4925 W. Stiles street
philadelphia, p. A.
19131

(2)

# CERTIFIED MAIL®

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7018 3090 0001 ‖‖‖ ‖‖

Woodie Gins
4935 W. Stiles Street
Elphia, P.A. 1913.

U.S.M.S. (U.S. X-RAY)



United States District Court
Eastern District Pennsylvania
601 Market St, Philadelphia
Pennsylvania, 19106
Attn: Docket Clerk Michelle Holmes

UNITED STATES
POSTAL SERVICE®

1000

19106

U.S. POSTAGE PAID
FCM LETTER
PHILADELPHIA, PA
19139
JAN 16, 20
AMOUNT
$6.30
R2305K142337-13

19106$170$1701