In the United States District Court for
the Eastern District of Pennsylvania

Wessie Sims claimant
4925 W. Stiles St.
Philadelphia, P.A. 19131

CV No. 12-5486

Above named claimant
mailed true and correct copy of motion for Final
Judgment and Exhibits filed in the District Court
Nov. 6, 2019. Final Judgment pursuant to Title
28 U.S.C.A. 1291 This motion was mailed Certified
with return receipt requested to City of Philadelphia
Law Dept 1515 Arch Street 14th floor Philadelphia
P.A. 19102 on Feb. ___ 2020 to attorney Ann B.
Taylor, and Dept. of License and inspection 1401
J.F.K. Blvd, Municipal Service Building room 1130
Philadelphia, P.A. 19102 Certified return receipt requested.
Attn: Chief officer or supervisor only.
also mailed Certified with return receipt requested
to Philadelphia Zoning Board of adjustment 1515 Arch
Street 18th Floor room 18-006 Philadelphia, P.A. 19102
Attn: Chief officer or supervisor only.

Respectfully Submitted
Wessie Sims claimant
4925 W. Stiles street
Philadelphia, P.A. 19131
Feb 3 2020.

Wassie Sims
4925 W. Stiles st.
Philadelphia, PA. 19131

U.S.M. United States District Court for
X-RAY the Eastern District of Pennsylvania
601 Market Street, Philadelphia, PA. 19106.
C/O Docket Clerk
Michelle Hammond.

19106-179699

PHILADELPHIA PA 191
03 FEB 2020 PM 5 L