In the United States District Court for the Eastern District of Pennsylvania

Wessie Sims claimant
4925 W. Stiles st.
Philadelphia, P.A. 19131

FILED
FEB 19 2020
KATE BARKMAN, Clerk
By _____ Dep. Clerk

CV No. 12-5486

Above named claimant mailed true and correct copy of motion for Final Judgment and Exibits filed in the District Court nov. 6, 2019. Final Judgment pursuant to Title 28 U.S.C.A. 1291 This motion was mailed Certified with return receipt requested to City of Philadelphia Law Dept 1515 arch street 14th floor, Philadelphia P.A. 19102 on Feb. 3 - 2020 to attorney Ann B. Taylor, and Dept. of License and inspection 1401 J.F.K. Blvd. municipal service Building room 1130 Philadelphia, P.A. 19102 Certified return receipt requested. attn: chief officer or supervisor only. also mailed Certified with return receipt requested to Philadelphia Zoning Board of Adjustment 1515 arch street 18th floor room 18-00 Philadelphia, P.A. 19102 attn: chief officer or Supervisor only.

Respectfully Submitted
Wessie Sims claimant
4925 W. Stiles street
Philadelphia, P.A. 19131
Feb 3 - 2020.

Woodie Sims
4923 W. Stiles St
philadelphia, P.A. 19131

7017 3380 0000 2056 6206

CERTIFIED MAIL

United States District Court
Eastern District of Pennsylvania
601 Market Street
philadelphia, P.A. 19106

U.S.M.C.
M-I-X

U.S. POSTAGE PAID
FCM LG ENV
PHILADELPHIA, PA
19140
FEB 12, 20
AMOUNT
$7.40
R2305M144894-12