In the United States District Court
For the Eastern District of Pennsylvania

Wessie Sims Claimant
4925 W. Stiles St.
Philadelphia, P.A. 19131

CV. No. 12-5486

Federal R. Civil P. 120 day
4(m)
---

Above named Claimant serves timely motion for Final Judgment pursuant to Title 28 U.S.C.A. 1291 filed in the District Court Nov. 6, 2019 and being timely served Feb. 3, 2020 to Philadelphia Zoning Board of Adjustment 1515 Arch Street 18th Floor room 18-006 Philadelphia, P.A. 19102. Now being served by priority mail express, return receipt, on Feb. 18, 2020 where true and correct copy and exibits of this same fact motion was mailed certified w/return receipt to Philadelphia Zoning Board of Adjustment on Feb. 3, 2020. Here, United States Postal Service investigation no. 06680980 and using its track and confirm #
7017 3380 0000 2056 5735

(1)

where there has been no return receipt as requested, and as of yet, no exact whereabouts of this package at this time served on march 3, 2020 to philadelphia zoning board of adjustment. this is the second time that this has happen with my mail as now served with the philadelphia zoning board of adjustment. claimant begins to beleive this constitutes scheme within meaning of mail fraud statute.

Title 18 U.S.C.A. 1341.

Respectfully Submitted
Wessie Sims Claimant

Feberurary 18, 2020

P.S. Here Copy of Zoning Board receipt served Feb. 3, 2020

Fed. R. Civ. P. 12 0 day 4m.
C.C. mailed to Dept of License and inspection 1401 J.F.K. Blvd. municipal service building room 1130 phila, PA, 19102 certified return receipt requested

C.C. of this Fed. R. Civ. P. 12 0 day 4(m)
I mailed certified return receipt requested to Ann B. Taylor Law Dept. 1515 arch st. 14th Floor philadelphia, P.A. 19102

(2)

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philadelphia Zoning Board of Adjustments
1515 Arch Street 18th Floor
Rm 18-006 Philadelphia PA 19102
ATTN Chief Officer or Supervisor ONLY

9590 9402 5572 9274 3958 48

2. Article Number (Transfer from service label)
7018 3090 0001 9556 3047

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signed]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Yvette Benson
C. Date of Delivery: JAN 2 5 2020
D. Is delivery address different from item 1? ☑ Yes  ☐ No

3. Service Type / Priority Mail Express® / Registered Mail Restricted Delivery / etc.

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

FILED FEB 2 0 2020

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Dept of License and Inspection
1401 J.F.K. Blvd room 1130
Philadelphia PA 19102
ATTN Chief Officer/Supervisor ONLY

9590 9402 5572 9274 3958 24

2. Article Number (Transfer from service label)
7018 3090 0001 9556 3023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X B. McBee  ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No

PS Form 3811, July 2015 — Domestic Return Receipt

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Department of License And Inspection
1401 J.F.K. Blvd. MSB Room 1130
Philadelphia PA. 19102
ATTN: Chief Officer or Supervisor

9590 9402 5572 9274 3972 79

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X B. McBee  ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
Eastern District of Pennsylvania
601 Market St
Philadelphia 19106
ATTN Docket Clerk Michelle Holmes

9590 9402 5572 9274 3958 17

2. Article Number (Transfer from service label)

7018 3090 0001 9556 3054

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X L. Melter
☒ Agent
☐ Addressee

B. Received by (Printed Name): L. Melton
C. Date of Delivery: 1/21/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

PHILADELPHIA, PA 19102  OFFICIAL USE

Certified Mail Fee: $3.55  — $2.85   0163  6

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage: $5.30
Total Postage and Fees: $11.70

02/03/2020

Sent To: Phila. Zoning Board
Street and Apt. No., or PO Box No.: 1515 Arch St 18th Fl
City, State, ZIP+4®: Philadelphia, PA 19102

7017 3380 0000 2056 5735

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Weedie Sims
4925 W. Stiles St.
Philadelphia, P.A.
19131

United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, P.A.
19106