OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**  U~NITED~ S~TATES~ C~OURT OF~ A~PPEALS~  TELEPHONE
CLERK  FOR THE THIRD CIRCUIT  215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

June 11, 2020

Kate Barkman, Clerk of Court
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

          Re: Sims v. City of Philadelphia, et al.
            E.D. Pa. No. 2-12-cv-05486

Dear Ms. Barkman:

  Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached Notice of Appeal from the Order (#30) entered 3/26/15 and Order (#46) entered 5/13/20 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was received in this Court on 6/8/20 and should be docketed as of that date.**

  This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

  Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

  Thank you for your assistance in this matter.

                 Very truly yours,

             By: /s/ Patricia S. Dodszuweit
PSD/lld                Clerk
Enclosure
cc: Wessie Sims (w/out enclosure)