Wessie Sims
4925 W. Stiles St
Philadelphia, PA.
19131

CV no. 12-5486
June 15, 2020

To Clerk of Court,
please send all paper work such as appendix and Brief etc. to attorney of Record Sharon Harvey, Because I didn't know that she was still attorney of Record, Because I had received a notice of Withdrawal from her earlier.
I am enclosing a money order for $505.00 for filing fee, Notice of appeal.

Thank you Kindly
From Wessie Sims
CV-12-5486

Wessie Sims
4925 W. Stiles St
Philadelphia Pa. 19131

Clerk for U.S. District Court
601 Market st room 2609
Philadelphia PA. 19106

```
Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE215842
Cashier ID: zrobinso
Transaction Date: 06/23/2020
Payer Name: WESSIE SIMS
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: WESSIE SIMS
 Amount:          $505.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: WESSIE SIMS
 Check/Money Order Num: 26559995286
 Amt Tendered: $505.00
------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check.
```